**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WYNN RESORTS HOLDINGS, LLC, | Case No. 2:16-CV-1041 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| ENCORE LOUNGE & GRILL, LLC, | |
| Defendant(s). | |

Presently before the court is the May 5, 2017, joint interim status report. (ECF No. 19). In that status report, the parties provide that "[they] have reached a resolution of the instant dispute and are currently finalizing a settlement agreement, which contains a provision providing that Plaintiff will dismiss the above captioned action upon execution of the settlement agreement and Defendant's compliance with certain provisions therein." (*Id.* at 1).

Nearly two and a half months have elapsed since the status report was provided to the court by plaintiff Wynn Resorts Holdings, LLC, yet the parties have provided no additional information to the court evincing that the agreement has been executed or that this case should be dismissed.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties shall file a joint status report as to their progress regarding the settlement of this case within seven (7) days of the date of this order.

DATED July 20, 2017.

_____
UNITED STATES DISTRICT JUDGE