# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WYNN RESORTS HOLDINGS, LLC, | Case No. 2:16-CV-1041 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| ENCORE LOUNGE & GRILL, LLC, | |
| Defendant(s). | |

Presently before the court is defendant Encore Lounge & Grill, LLC's motion to dismiss for lack of personal jurisdiction or to transfer venue. (ECF No. 6).

On July 26, 2017, the parties in this case submitted a joint status report stating that "the parties have reached a resolution of this matter and have agreed upon and circulated the final settlement agreement." (ECF No. 21 at 2). Moreover, they submit that "[t]here is no action to be taken by the Court at this time. The complaint will be dismissed upon execution of the settlement agreement." (*Id.*).

In light of the parties' joint status report, this court will deny the instant motion as moot. If the settlement agreement is not executed within thirty (30) days, the parties will file a notice with the court. In that instance, defendant will have fourteen (14) days from the date that notice is submitted to refile the instant motion.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to dismiss or transfer (ECF No. 6) be, and the same hereby is, DENIED as moot, pursuant to the foregoing.

DATED August 7, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**